JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA 93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gregory George Helm, | Case No. 1:19-cv-00983-SKO |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME |
| vs. | (Doc. 9) |
| ANDREW SAUL, [1] Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from 12/25/2019 to 01/24/2020, for Plaintiff to serve on defendant with PLAINTIFF'S LETTER BRIEF. All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time. Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). See also section 205(g) of the Social Security Act, 42 U.S.C. § 405(g)(action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

Respectfully submitted,

Dated: December 20, 2019                    PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff


Dated: December 26, 2019                    MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration


By:   *\*/s/ Patrick Snyder on Behalf of Marcelo N. Illarmo*
Patrick Snyder on Behalf of Marcelo N. Illarmo
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on 12/26/2019 )


## ORDER

Based on the parties' above-stipulation (Doc. 9), and for good cause shown under Fed. R.

Civ. P. 16(b)(4), IT IS HEREBY ORDERED that Plaintiff is granted an extension of time, up to

and including January 24, 2020, to serve his Confidential Letter Brief.  All other deadlines set

forth in the Scheduling Order (Doc. 3) are modified accordingly.

IT IS SO ORDERED.

Dated:   **December 27, 2019**                    */s/ Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE