JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA 93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Gregory George Helm, | ) Case No. 1:19-cv-00983-SKO |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER FOR |
| | ) EXTENSION OF TIME |
| vs. | ) |
| | ) (Doc. 14) |
| ANDREW SAUL, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED, by and between the parties through their respective

counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time,

from 03/30/2020 to 04/29/2020, for Plaintiff to serve on defendant with PLAINTIFF'S

OPENING BRIEF. All other dates in the Court's Scheduling Order shall be extended

accordingly.

This is Plaintiff's second request for an extension of time. Good cause exists for this

request. The week of 03/22/2020, Plaintiff's Counsel had seven administrative hearings, 10

hearing preparation appointments with claimants, seven letter briefs, one reply brief and two

opening briefs due. The week of 03/29/2020, Plaintiff's Counsel had 13 administrative hearings,

31 hearing preparation appointments with claimants, 4 letter briefs,2 reply briefs and 5 opening

briefs due. Each of the administrative hearings also requires administrative hearing briefs with a

full summary of the medical records and legal arguments.

1

Additionally, due to the ongoing pandemic with COVID 19 and the various executive orders throughout Fresno County and now the State of California, along with the recommendations for Social Distancing, Plaintiff's Counsel is operating with very limited staff. The Office of Hearings Operations is still conducting telephonic hearings. As it is required to continue the normal day-to-day tasks involved in developing cases and the requirements of the five-day rule related to submission of evidence to the Administrative Law Judge which is imposed under 20 CFR § 404.935, Counsel must still continue normal operations but with a significantly reduced level of support. As a result, Plaintiff's Counsel requires additional time to brief this matter.

Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: March 27, 2020          PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff

Dated: March 27, 2020          MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ Marcelo N. Illarmo*
Marcelo N. Illarmo
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on March 27, 2020)

///

///

**ORDER**

Based upon the above-stipulation of the parties (Doc. 14, erroneously docketed as a motion), and for good cause shown (Fed. R. Civ. P. 16(b)(4)), IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and including April 29, 2020, in which to file Plaintiff's Opening Brief.  All other deadlines set forth in the Scheduling Order (Doc. 3) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **March 30, 2020**                        /s/ *Sheila K. Oberto*
                                             UNITED STATES MAGISTRATE JUDGE