JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN  DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Gregory George Helm,<br><br>             Plaintiff,<br><br>    vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>             Defendant. | Case No. 1:19-CV-00983<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from June 15, 2020 to July 15, 2020, for Plaintiff to serve on defendant with PLAINTIFF'S REPLY .  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's third request for an extension of time, but first request for this task.  Good cause exists for this request.  As with most organizations, COVID-19 has taken a toll on the regular course of business within Counsel's office. As a result of the various executive orders throughout Fresno County and the State of California, along with the recommendations for Social Distancing, Plaintiff's Counsel is operating with very limited staff.   The Office of Hearings Operations is still conducting telephonic hearings.  As it is required to continue the normal day-to-day tasks involved in developing cases and the requirements of the five-day rule

related to submission of evidence to the Administrative Law Judge which is imposed under 20 CFR § 404.935, Counsel must still continue normal operations but with a significantly reduced level of support.  Additionally, Counsel requires that his staff self-quarantine when COVID-19 symptoms appear, thus further reducing support necessary to timely and efficiently process the workload.

Additionally, the week of 6/7/2020, Plaintiff's Counsel has 15 administrative hearings, 1 hearing preparation appointment with claimant, 10 Opening briefs, 1 Letter brief, and 3 Reply briefs. The week of 6/14/2020, Plaintiff's Counsel had 21 administrative hearings, 12 hearing preparation appointments with claimant, 12 Opening briefs, and 1 Reply brief.  Each of the administrative hearings also requires administrative hearing briefs with a full summary of the medical records and legal arguments.

Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated:  June 16, 2020          PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff

Dated: June 16, 2020           MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:  *\*/s/ Marcelo N. Illarmo*
Marcelo N. Illarmo
Special Assistant United States Attorney
Attorneys for Defendant

(*As authorized by email on June 16, 2020)

**ORDER**

Pursuant to the parties' above stipulation, for good cause shown, Plaintiff shall file and serve his reply brief by no later than July 15, 2020.[1]  No further extensions will be granted absent extenuating circumstances.

IT IS SO ORDERED.

Dated:   **June 16, 2020**                                         /s/ *Sheila K. Oberto*                        
                                                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that Plaintiff filed this stipulation one day after the deadline of June 15, 2020, passed.  However, the Court finds excusable neglect under Rule 6(b) and will allow the untimely request.